# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

In re: SANCHEZ-SALINAS, LILLIANA M.   § Case No. 10-42100
                                      §
                                      §
Debtor(s)                             §

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that DEBORAH K. EBNER, Trustee, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
219 S. Dearborn St., 7th Floor, Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee applications and any objection to the Final Report will be held at 09:15am on 08/29/2014 in Courtroom 201, United States Courthouse, Joliet City Hall, 150 West Jefferson St.  2nd Flr. Joliet IL  60432
.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed:  07/22/2014          By:  /s/DEBORAH K. EBNER
                                                 Trustee

DEBORAH K. EBNER, Trustee
11 EAST ADAMS STREET
SUITE 904
CHICAGO, IL  60603
(312) 922-3838

**UST Form 101-7-NFR (10/1/2010)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re: SANCHEZ-SALINAS, LILLIANA M.  § Case No. 10-42100
§
§
Debtor(s) §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $ 8,260.00 |
| *and approved disbursements of* | $ 10.00 |
| *leaving a balance on hand of* [1] | $ 8,250.00 |
| **Balance on hand:** | $ 8,250.00 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

| | |
|---|---|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 8,250.00 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - DEBORAH K. EBNER, Trustee | 1,576.00 | 0.00 | 1,576.00 |

| | |
|---|---|
| Total to be paid for chapter 7 administration expenses: | $ 1,576.00 |
| Remaining balance: | $ 6,674.00 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

| | |
|---|---|
| Total to be paid for prior chapter administrative expenses: | $ 0.00 |
| Remaining balance: | $ 6,674.00 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| Total to be paid for priority claims: | $ | 0.00 |
| Remaining balance: | $ | 6,674.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 8,520.10 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 78.3 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | DISCOVER BANK | 3,645.43 | 0.00 | 2,855.55 |
| 2 | PYOD, LLC its successors and assigns as assignee of Citibank | 3,463.06 | 0.00 | 2,712.70 |
| 3 | American Express Bank, FSB | 1,411.61 | 0.00 | 1,105.75 |

| | | |
|---|---|---|
| Total to be paid for timely general unsecured claims: | $ | 6,674.00 |
| Remaining balance: | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| Total to be paid for tardy general unsecured claims: | $ | 0.00 |
| Remaining balance: | $ | 0.00 |

**UST Form 101-7-NFR (10/1/2010)**

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

Prepared By: /s/DEBORAH K. EBNER, Trustee
Trustee

DEBORAH K. EBNER, Trustee
11 EAST ADAMS STREET
SUITE 904
CHICAGO, IL  60603
(312) 922-3838

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                  Case No. 10-42100-BWB
Lilliana M. Sanchez-Salinas                                             Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0752-1         User: esullivan          Page 1 of 1          Date Rcvd: Jul 23, 2014
                             Form ID: pdf006          Total Noticed: 13

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 25, 2014.
db         +Lilliana M. Sanchez-Salinas,    422 S. Hebbard St.,    Joliet, IL 60433-2026
16160233   +American Express,    Acct#: 4173,    P.O. Box 981537,    El Paso, TX 79998-1537
19074265    American Express Bank, FSB,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
16160234    Bank of America,    Acct#: 9946,    7105 Corporate Drive,    Plano, TX 75024-4100
16160235    Bank of America,    Acct#: 9658,    PO Box 5170,    Simi Valley, CA 93062-5170
16160236    Chase Bank USA, NA,    Acct#: 5785,    PO Box 15298,    Wilmington, DE 19850-5298
16160238    Citibank CBSD,    Acct#: 1893,    PO Box 6497,    Sioux Falls, SD 57117-6497
16160237   +Citibank CBSD,    Acct#: 2292,    701 E 60th St N,    Sioux Falls, SD 57104-0432
16160240   +Ocwen Loan Servicing, LLC,    Acct#: 8275,    12650 Ingenuity Dr,    Orlando, FL 32826-2703
16160242   +Sara J. Gray,    822 W. Jefferson St., Suite 2D,    Joliet, IL 60435-7356

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
18945185    E-mail/PDF: mrdiscen@discoverfinancial.com Jul 24 2014 00:32:44     DISCOVER BANK,
             DB SERVICING CORPORATION,    PO BOX 3025,    NEW ALBANY OH 43054-3025
16160239    E-mail/PDF: mrdiscen@discoverfinancial.com Jul 24 2014 00:32:44     Discover,   Acct#: 1933,
             PO Box 15316,    Wilmington, DE 19850-5316
18998198   +E-mail/PDF: resurgentbknotifications@resurgent.com Jul 24 2014 00:32:05
             PYOD, LLC its successors and assigns as assignee,    of Citibank,   Resurgent Capital Services,
             PO Box 19008,    Greenville, SC 29602-9008
                                                                                             TOTAL: 3

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
16160241*  +Lilliana M. Sanchez-Salinas,    422 S. Hebbard St.,    Joliet, IL 60433-2026
                                                                                        TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 25, 2014                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 22, 2014 at the address(es) listed below:
              Andrew J Nelson    on behalf of Creditor    BANK OF AMERICA, N.A. anelson@atty-pierce.com,
               northerndistrict@atty-pierce.com
              Deborah Kanner Ebner    dkebner@debnertrustee.com,
               IL53@ecfcbis.com;webmaster@debnertrustee.com;DKEbner@debnertrustee.com;sbutz@deborahebnerlaw.com;
               admin.assistant@debnertrustee.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Sara J Gray    on behalf of Debtor Lilliana M. Sanchez-Salinas sgraylaw@yahoo.com
              Toni Dillon    on behalf of Creditor    BANK OF AMERICA, N.A. tdillon@atty-pierce.com,
               northerndistrict@atty-pierce.com
              Yanick Polycarpe    on behalf of Creditor    BAC Home Loans Servicing, L.P.
               ypolycarpe@atty-pierce.com,   northerndistrict@atty-pierce.com
                                                                                             TOTAL: 6