# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

In re: SANCHEZ-SALINAS, LILLIANA M.         Case No. 10-42100-BB
_____,   Chapter 7
                        Debtor

### CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
### REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
### AND APPLICATION TO BE DISCHARGED (TDR)

DEBORAH K. EBNER, Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $258,210.00            Assets Exempt: $19,900.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $6,674.00    Claims Discharged
                                              Without Payment: $6,344.10

Total Expenses of Administration: $1,586.00

---

3) Total gross receipts of $ 8,260.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $8,260.00 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $454,588.16 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: |  |  |  |  |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 1,586.00 | 1,586.00 | 1,586.00 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 14,600.00 | 8,520.10 | 8,520.10 | 6,674.00 |
| **TOTAL DISBURSEMENTS** | $469,188.16 | $10,106.10 | $10,106.10 | $8,260.00 |

  4) This case was originally filed under Chapter 7 on September 20, 2010. The case was pending for 51 months.

  5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

  6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

  Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 12/31/2014          By: /s/DEBORAH K. EBNER, Trustee
            Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 ─ GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Property Settlement--Marital Settlement | 1229-000 | 8,260.00 |
| **TOTAL GROSS RECEIPTS** | | **$8,260.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 ─ FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 ─ SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | Ocwen Loan Servicing | 4110-000 | 72,269.00 | N/A | N/A | 0.00 |
| NOTFILED | Bank of America | 4110-000 | 289,427.62 | N/A | N/A | 0.00 |
| NOTFILED | Bank of America | 4110-000 | 92,891.54 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$454,588.16** | **$0.00** | **$0.00** | **$0.00** |

## EXHIBIT 4 ─ CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| DEBORAH K. EBNER, Trustee | 2100-000 | N/A | 1,576.00 | 1,576.00 | 1,576.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | **$1,586.00** | **$1,586.00** | **$1,586.00** |

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | N/A | | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | DISCOVER BANK | 7100-000 | 3,645.00 | 3,645.43 | 3,645.43 | 2,855.55 |
| 2 | PYOD, LLC its successors and assigns as assignee of | 7100-000 | 3,463.00 | 3,463.06 | 3,463.06 | 2,712.70 |
| 3 | American Express Bank, FSB | 7100-000 | 1,369.00 | 1,411.61 | 1,411.61 | 1,105.75 |
| NOTFIED | Citibank CBSD | 7100-000 | 1,625.00 | N/A | N/A | 0.00 |
| NOTFILED | Chase Bank USA NA | 7100-000 | 4,498.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $14,600.00 | $8,520.10 | $8,520.10 | $6,674.00 |

**UST Form 101-7-TDR (10/1/2010)**

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 10-42100-BB  
**Case Name:** SANCHEZ-SALINAS, LILLIANA M.  
**Period Ending:** 12/31/14

**Trustee:** (330480) DEBORAH K. EBNER, Trustee  
**Filed (f) or Converted (c):** 09/20/10 (f)  
**§341(a) Meeting Date:** 10/25/10  
**Claims Bar Date:** 08/14/12

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1  Chase Bank Business Checking Account | 360.00 | 0.00 | | 0.00 | FA |
| 2  Chase Bank Personal Checking | 50.00 | 0.00 | | 0.00 | FA |
| 3  TCF Bank Checking Account | 2,800.00 | 0.00 | | 0.00 | FA |
| 4  Various Household Goods | 2,500.00 | 0.00 | | 0.00 | FA |
| 5  Various Used Clothing | 2,500.00 | 0.00 | | 0.00 | FA |
| 6  Various Jewelry | 1,000.00 | 0.00 | | 0.00 | FA |
| 7  Metlife Insurance IRA | 11,000.00 | 0.00 | | 0.00 | FA |
| 8  Property Settlement--Marital Settlement (u) | Unknown | 1.00 | | 8,260.00 | FA |
| 9  Worker's Comp Claim--This is her ex (u) | Unknown | 1.00 | | 0.00 | FA |
| 10  2001 Dodge Neon --- 132,000 miles | 3,000.00 | 0.00 | | 0.00 | FA |
| 11  2001 Nissa Quest- (u)  This is still in her name with the Secretary of State, but was granted to her ex-husband in the divorce. He was suppose to have the title changed over, but had not yet done so. | 0.00 | 0.00 | | 0.00 | FA |
| 12  Single Family Home  2831 N. Kostner Ave, Chicago IL 60641 | 192,000.00 | 0.00 | | 0.00 | FA |
| 13  Condo  2643 S. 61st Ct. Cicero Il 60804 | 43,000.00 | 0.00 | | 0.00 | FA |
| 13  Assets  Totals (Excluding unknown values) | **$258,210.00** | **$2.00** | | **$8,260.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

Debtor, hence estate is entitled to a portion of husband's worker compensation award which is still in litigation. Those funds would not be exempt in this estate. Trustee is communicating with the WC lawyer who has received an offer of settlement from the carrier in the amount of $25,000.00 Ex husband will not agree to the settlement, though, without consulting his divorce attorney, since the ex husband discovered that none all of the proceeds would go to this bankruptcy estate. WC lawyer will get back in touch.

Exhibit 8

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 2

**Case Number:** 10-42100-BB  
**Case Name:** SANCHEZ-SALINAS, LILLIANA M.

**Trustee:** (330480)   DEBORAH K. EBNER, Trustee  
**Filed (f) or Converted (c):** 09/20/10 (f)  
**§341(a) Meeting Date:** 10/25/10

**Period Ending:** 12/31/14

**Claims Bar Date:** 08/14/12

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

**Initial Projected Date Of Final Report (TFR):**   December 31, 2017     **Current Projected Date Of Final Report (TFR):**   July 22, 2014  (Actual)

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| Case Number: | 10-42100-BB | | Trustee: | DEBORAH K. EBNER, Trustee (330480) |
|---|---|---|---|---|
| Case Name: | SANCHEZ-SALINAS, LILLIANA M. | | Bank Name: | Rabobank, N.A. |
| | | | Account: | ******6966 - Checking Account |
| Taxpayer ID #: | **-***5049 | | Blanket Bond: | $5,000,000.00  (per case limit) |
| Period Ending: | 12/31/14 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 06/25/14 | {8} | Goldstein Bender & Romanoff | Settlement | 1229-000 | 8,260.00 | | 8,260.00 |
| 06/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 8,250.00 |
| 09/02/14 | 101 | DEBORAH K. EBNER, Trustee | VOID  Voided on 09/02/14 | 2100-000 | | 1,576.00 | 6,674.00 |
| 09/02/14 | 101 | DEBORAH K. EBNER, Trustee | VOID  Voided: check issued on 09/02/14 | 2100-000 | | -1,576.00 | 8,250.00 |
| 09/02/14 | 102 | DISCOVER BANK | Dividend paid  78.33% on $3,645.43; Claim# 1; Filed: $3,645.43; Reference:  Voided on 09/02/14 | 7100-000 | | 2,855.55 | 5,394.45 |
| 09/02/14 | 102 | DISCOVER BANK | Dividend paid  78.33% on $3,645.43; Claim# 1; Filed: $3,645.43; Reference:  Voided: check issued on 09/02/14 | 7100-000 | | -2,855.55 | 8,250.00 |
| 09/02/14 | 103 | PYOD, LLC its successors and assigns as assignee of Citibank | VOID  Voided on 09/02/14 | 7100-000 | | 2,712.70 | 5,537.30 |
| 09/02/14 | 103 | PYOD, LLC its successors and assigns as assignee of Citibank | VOID  Voided: check issued on 09/02/14 | 7100-000 | | -2,712.70 | 8,250.00 |
| 09/02/14 | 104 | American Express Bank, FSB | VOID  Voided on 09/02/14 | 7100-000 | | 1,105.75 | 7,144.25 |
| 09/02/14 | 104 | American Express Bank, FSB | VOID  Voided: check issued on 09/02/14 | 7100-000 | | -1,105.75 | 8,250.00 |
| 09/02/14 | 105 | American Express Bank, FSB | VOID  Voided on 09/03/14 | 7100-000 | | 1,105.75 | 7,144.25 |
| 09/02/14 | 106 | PYOD, LLC its successors and assigns as assignee of Citibank | VOID  Voided on 09/03/14 | 7100-000 | | 2,712.70 | 4,431.55 |
| 09/02/14 | 107 | DISCOVER BANK | VOID  Voided on 09/03/14 | 7100-000 | | 2,855.55 | 1,576.00 |
| 09/02/14 | 108 | DEBORAH K. EBNER, Trustee | VOID  Voided on 09/03/14 | 2100-000 | | 1,576.00 | 0.00 |
| 09/03/14 | 105 | American Express Bank, FSB | VOID  Voided: check issued on 09/02/14 | 7100-000 | | -1,105.75 | 1,105.75 |
| 09/03/14 | 106 | PYOD, LLC its successors and assigns as assignee of Citibank | VOID  Voided: check issued on 09/02/14 | 7100-000 | | -2,712.70 | 3,818.45 |
| 09/03/14 | 107 | DISCOVER BANK | VOID  Voided: check issued on 09/02/14 | 7100-000 | | -2,855.55 | 6,674.00 |
| 09/03/14 | 108 | DEBORAH K. EBNER, Trustee | VOID  Voided: check issued on 09/02/14 | 2100-000 | | -1,576.00 | 8,250.00 |
| 09/03/14 | 109 | DISCOVER BANK | Dividend paid 78.33% on $3,645.43; Claim# 1; Filed: $3,645.43; Reference: | 7100-000 | | 2,855.55 | 5,394.45 |
| 09/03/14 | 110 | PYOD, LLC its successors and | Dividend paid  78.33% on $3,463.06; Claim# 2; | 7100-000 | | 2,712.70 | 2,681.75 |
| | | | Subtotals : | | $8,260.00 | $5,578.25 | |

{} Asset reference(s)

Printed: 12/31/2014 07:56 PM    V.13.20

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

**Case Number:** 10-42100-BB  
**Case Name:** SANCHEZ-SALINAS, LILLIANA M.

**Taxpayer ID #:** **-***5049  
**Period Ending:** 12/31/14

**Trustee:** DEBORAH K. EBNER, Trustee (330480)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******6966 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | assigns as assignee of Citibank | Filed: $3,463.06; Reference: | | | | |
| 09/03/14 | 111 | American Express Bank, FSB | Dividend paid 78.33% on $1,411.61; Claim# 3; Filed: $1,411.61; Reference: | 7100-000 | | 1,105.75 | 1,576.00 |
| 09/03/14 | 112 | DEBORAH K. EBNER, Trustee | Dividend paid 100.00% on $1,576.00, Trustee Compensation; Reference: | 2100-000 | | 1,576.00 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 8,260.00 | 8,260.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 8,260.00 | 8,260.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$8,260.00** | **$8,260.00** | |

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **Checking # ******6966** | 8,260.00 | 8,260.00 | 0.00 |
| | $8,260.00 | $8,260.00 | $0.00 |

{} Asset reference(s)